797 A.2d 1286

**LANHAM FORD, INC.**

v.

**Jeffrey HITAFFER and Allstate Insurance Company.**

**No. 112 Sept. Term, 2001.**

Court of Appeals of Maryland.

May 7, 2002.

Brent M. Ahalt (John P. Lynch of McNamee, Hosea, Jernigan, Kim, Greenan & Walker, P.A., on brief), Greenbelt, for petitioner.

Thomas A. McManus (Mark T. Foley of Sasscer, Clagett & Bucher, of Upper Marlboro), on brief, Owen J. Curley (Craig D. Roswell of Niles, Barton & Wilmer, LLP, of Baltimore), on brief for respondents.

Argued Before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, and BATTAGLIA, JJ.

PER CURIAM ORDER.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 7th day of May, 2002,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.